UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

BRANDY TRUMBLE

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:08-CR-0648 (GHL)

Jerry Leek, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere as to count(s) 2 of the Information.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Unlicenced Operation of a Motor Vehicle, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 511.1(a) of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** September 17, 2008

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay fines of $ 300.00 and a special assessment of $ 5.00. Total of the fine and special assessment amounts to $305.00, payable no later than August 15, 2009. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the Count 1 of the Information is dismissed on motion of the United States.

May 20, 2009
Date of Imposition of Sentence


May 22, 2009
DATE SIGNED

George H. Lowe
United States Magistrate Judge